Form CGFI14 (12/1/09)

**United States Bankruptcy Court**
**Southern District of Florida**
www.flsb.uscourts.gov

**Case Number:** 08-17533-LMI

**Adversary Number:** 09-02510-LMI

In re:

**Name of Debtor(s):** Rene Piedra DMD And Associates, P.A.

_____ /

**Barry Mukamal**

Plaintiff(s)

**VS.**

**Deborah Fraser, As Trustee Of The US IAS Members' Trust**

Defendant(s)
_____ /

ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY <u>BOTH</u> ADVERSARY AND BANKRUPTCY CASE NUMBERS

# SUMMONS AND NOTICE OF PRETRIAL/TRIAL IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within 30 days, pursuant to BR 7012, after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**US Bankruptcy Court**
**51 SW 1st Ave, Room 1517**
**Miami, FL 33130**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Frank Terzo Esq.
GrayRobinson, PA
1221 Brickell Ave #1650
Miami, FL 33131

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012. Pursuant to BR 7007.1, and Local Rule 7003-1(B)(2) corporate defendants must file a corporate ownership statement.

*Page 1 of 3*

## PRETRIAL CONFERENCE INFORMATION:

Date: **March 2, 2010**

Time: **10:00 AM**

Location: **Claude Pepper Federal Bldg, 51 SW First Ave Room 1409, Miami, FL 33130**

## TRIAL INFORMATION:

### THE TRIAL WILL BE SCHEDULED AT THE PRETRIAL CONFERENCE

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



**Clerk of Court**

By: Judy Benitez
Deputy Clerk

Dated: December 18, 2009

*Page 2 of 3*

## CERTIFICATE OF SERVICE

I, __Steven J. Solomon_____ (name), certify that service of this summons and a copy of the complaint was made __12/30/09_____ (date) by:
and a copy of the Pretrial Order

- [X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
  Deborah Fraser, as Trustee for the U.S. IAS Members' Trust, 1311 North New Hampshire Avenue, Los Angeles, CA 90027

- [ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

- [ ] Residence Service: By leaving the process with the following adult at:

- [ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- [ ] Publication: The defendant was served as follows: [Describe briefly]

- [ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __12/30/09_____    Signature: _____

| Print Name: | Steven J. Solomon |
| --- | --- |
| Address: | 1221 Brickell Avenue, Suite 1600 |
| City: Miami | State: FL    Zip: 33131 |

*Page 3 of 3*